Christina Marie Batista

      v.                        **4:20cv2507**

Sam's Club/ Leah Lovell

United States Courts
Southern District of Texas
FILED

*July 14, 2020*

David J. Bradley, Clerk of Court

## Complaint

I CHRISTINA BATISTA am an employee at Sam's Club store #6421 located in Conroe, Texas am bringing forth suit against Sam's Club and store manager Leah Lovell for harassment from management and harsh work conditions. From May 26, 2020 which is my first day of work to July 2, 2020 on which I decided to resign from the job. My position in the store is Member Front end working as a cashier, as a cashier the job requires to be very fast paced and scan each item within 3.0 sec. At the location where I was working at the store has no working air conditioner, when I ask my co-workers and management when will the air

conditioner will be running, the response was the air conditioner been broken for months and no one knows when it will be fixed? I also question a lot of shoppers to find out is the store always hot and humid every time they come in to shop and spend money, there responses were "yes there was never a working air conditioner." So, employees and shoppers are very uncomfortable at the store.

Another policy at the store is due to the COVID-19 all employees must wear face masks while on the clock. The face mask that I used is the disposable mask issue by the job. So, as I am doing my tasks on the job is very uncomfortable wearing their face mask with no working air conditioner doing a very fast paced job. There are many times I will be gasping for air because I feel like I can't breathe. So when I take the mask off for a second to catch some air, The managers that are on duty

during my shift will harassed me for taking off the face mask when I need air to breath because I don't want to risk passing out on the job. Then I have the managers that are on duty harassed me for not going fast enough on the job, when the conditions are harsh for not having air conditioner so I am slowing down trying to catch my breath when I feel hot in their face mask that the job requires me to wear.

   The store manager Leah Lovell is responsible as this all falls within her leadership and responsibility. So, I am asking for five million dollars for emotional pain/distress and loss of employment as I will not continue to work under harsh work conditions.

                                            Respectfully Summitted